**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ROBERT DEMISON, III, #01992445, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-433-JDK-KNM |
| | § | |
| J. ENGE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Robert Demison, III, a prisoner incarcerated within the Coffield Unit of the Texas Department of Criminal Justice (TDCJ) proceeding pro se and *in forma pauperis*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On December 10, 2025, Judge Mitchell issued a Report (Docket No. 8) recommending that the Court construe Plaintiff's motion for imminent danger and emergency (Docket No. 7) as a motion for a preliminary injunction and deny it as premature. The docket reflects that Plaintiff received a copy of this Report on December 19, 2025. Docket No. 11. Plaintiff did not file objections.

After Plaintiff filed his more definite statement (Docket No. 10), Judge Mitchell issued another Report (Docket No. 12) recommending that the Court dismiss Plaintiff's lawsuit, with prejudice, as frivolous and for the failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b)(1). Plaintiff received a

copy of the Report on May 27, 2026. Docket No. 13. To date, however, Plaintiff has not filed objections.

The Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, no objections have been filed. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").

Having reviewed the Magistrate Judge's report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket Nos. 8; 12) as the findings of this Court. It is therefore **ORDERED** that Plaintiff's motion for imminent danger and emergency, (Docket No. 7), is construed as a motion for a preliminary injunction and is **DENIED**. Plaintiff's lawsuit is **DISMISSED**, with prejudice, as frivolous and for the failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b)(1).

Any other motions which may be pending are **DENIED as moot**.

**So ordered and signed on this**

**Aug 5, 2026**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE